No. D–921.   IN RE DISBARMENT OF YINGER.   It is ordered that David Harrison Yinger, Jr., of Frederick, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–922.   IN RE DISBARMENT OF WEISS.   It is ordered that Ralph Weiss, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–923.   IN RE DISBARMENT OF MORROW.   It is ordered that Charles Stanley Morrow, of Mars, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 88–1943.   OFFICE OF PERSONNEL MANAGEMENT v. RICHMOND, 496 U. S. 414;

No. 89–1509.   WAGNER v. UNITED STATES BANKRUPTCY COURT, 495 U. S. 905;

No. 89–1551.   POGUE v. WHITE STONE BAPTIST CHURCH ET AL., 495 U. S. 957;

No. 89–1682.   STALHEIM v. ALBERT LEA MEDICAL SURGICAL CENTER, LTD., ET AL., 496 U. S. 937;

No. 89–1693.   NORTON v. NICHOLSON ET AL., 496 U. S. 938;

No. 89–1767.   WILK ET AL. v. JOINT COMMISSION ON ACCREDITATION OF HOSPITALS ET AL., 496 U. S. 927;

No. 89–5962.   TAYLOR v. UNITED STATES, 496 U. S. 907;

No. 89–6223.   BITTAKER v. CALIFORNIA, 496 U. S. 931;

No. 89–6778.   SIDEBOTTOM v. MISSOURI, ante, p. 1032;

No. 89–6795.   MCCARTER v. CALIFORNIA, 496 U. S. 927;

No. 89–6882.   ROBERTS v. GEORGIA, 495 U. S. 963;

No. 89–6889.   IN RE MCFADDEN, 496 U. S. 904;

No. 89–6920.   STULL v. UNITED STATES, 495 U. S. 959;

No. 89–7048.   CARGILL v. ZANT, WARDEN, 495 U. S. 963;

No. 89–7095.   MCFADDEN v. COMMISSIONER OF INTERNAL REVENUE, 496 U. S. 909;

No. 89–7109.   ALLUSTIARTE ET AL. v. COOPER, 495 U. S. 960;

No. 89–7146.   FREEMAN v. ALABAMA, 496 U. S. 912;

No. 89–7150.  SALSMAN ET UX. *v.* UNITED STATES, 495 U. S. 939;

No. 89–7212.  EVERSON *v.* OTT ET AL., 496 U. S. 910;

No. 89–7224.  DOWNS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 496 U. S. 928;

No. 89–7238.  AMIRI *v.* JOHNSON, JUDGE, UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA, *ante*, p. 1006;

No. 89–7239.  AMIRI *v.* DISTRICT OF COLUMBIA ET AL., 496 U. S. 928;

No. 89–7253.  ELMORE *v.* SOUTH CAROLINA, 496 U. S. 931;

No. 89–7259.  FLUKER *v.* TOWNSEND, 496 U. S. 940;

No. 89–7266.  SINDRAM *v.* DISTRICT OF COLUMBIA ET AL., 496 U. S. 940;

No. 89–7273.  JACKSON ET UX. *v.* DIXON-BOOKMAN, 496 U. S. 929;

No. 89–7275.  McCOLLUM *v.* INDIANA, 496 U. S. 931;

No. 89–7277.  McCOLPIN *v.* CITY OF WICHITA ET AL., 496 U. S. 940;

No. 89–7314.  WHISENHANT *v.* ALABAMA, 496 U. S. 943;

No. 89–7347.  IN RE BROOKS, *ante*, p. 1002;

No. 89–7377.  WEXLER *v.* DEPARTMENT OF THE INTERIOR, 496 U. S. 929;

No. 89–7423.  IN RE SEITU, 496 U. S. 903;

No. 89–7446.  MARTIN *v.* FARNAN, *ante*, p. 1028;

No. 89–7449.  MARTIN *v.* HUYETT, *ante*, p. 1028; and

No. 89–7474.  LUSK *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1032.  Petitions for rehearing denied.

No. 89–243.  ELI LILLY & CO. *v.* MEDTRONIC, INC., 496 U. S. 661.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 89–6285.  CHAMBERS *v.* OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS ET AL., 494 U. S. 1032.  Motion for leave to file petition for rehearing denied.

AUGUST 14, 1990

No. 89–7730.  FIERRO *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari dismissed under this Court's Rule 46.